**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **RUSS CAPPELLO,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:06CV596** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FIRST NATIONAL OF NEBRASKA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's response to the court's March 8, 2007 Order to Show Cause. The plaintiff's response (Filing No. 4) seeks an order allowing the plaintiff additional time, until March 30, 2007, to serve the defendant. The plaintiff has recently sought summons in this matter and represents the plaintiff will serve the defendant within the time sought. Further, the plaintiff contends the defendant will suffer no prejudice by the delayed service. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have to **on or before March 30, 2007**, to effect service of the summons and complaint upon the defendant.

Dated this 23rd day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge